FILED'05 DEC 21 15:03USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| EAST PORTLAND IMAGING CENTER, P.C., an Oregon professional corporation doing business as EPIC IMAGING-EAST; and BODY IMAGING, P.C., an Oregon professional corporation doing business as BODY IMAGING RADIOLOGY, | Civil Action No. 3:05-cv-465-KI |
| Plaintiffs, | **STIPULATED ORDER OF DISMISSAL OF CERTAIN DEFENDANTS** |
| v. | |
| PROVIDENCE HEALTH SYSTEM-OREGON, an Oregon nonprofit corporation; PROVIDENCE HEALTH PLAN, an Oregon nonprofit corporation, PORTLAND MEDICAL IMAGING, LLC, an Oregon limited liability company; RADIOLOGY SPECIALISTS OF THE NORTHWEST, P.C., a professional corporation; CENTER FOR MEDICAL IMAGING, LLC, an Oregon limited liability company; and ADVANCED MEDICAL IMAGING, LLC, an Oregon limited liability company, | |
| Defendants. | |

Page - 1    **STIPULATED ORDER OF DISMISSAL**

Plaintiffs East Portland Imaging Center, P.C. and Body Imaging, P.C. (collectively, "Plaintiffs"), together with Women's Imaging, P.C., have entered into an agreement for the dismissal and release of claims ("Agreement") in the above-captioned litigation ("Litigation") against defendants Portland Medical Imaging, LLC, Radiology Specialists of the Northwest, P.C., Center for Medical Imaging, LLC, and Advanced Medical Imaging, LLC (collectively, "Dismissed Defendants").

Based upon the stipulation of the parties,

IT IS HEREBY ORDERED:

1.      The above-captioned Litigation is dismissed with prejudice and without costs against the Dismissed Defendants.

2.      This Court has continuing jurisdiction over the Plaintiffs, Women's Imaging, P.C., and the Dismissed Defendants for the purpose of enforcing the terms of the parties' Agreement (a copy of which is attached hereto as Exhibit "1" and incorporated into this order by this reference). Women's Imaging, P.C. submits to the jurisdiction of this Court for this purpose.

Dated this _21st_ day of December, 2005.

_____
Honorable Garr M. King
District Judge

IT IS SO STIPULATED:

HAGLUND KELLEY HORNGREN          KENNEDY, WATTS, ARELLANO
   & JONES, LLP                            & RICKS, LLP

By:_____          By:_____
Michael E. Haglund, OSB #77203          Susan E. Watts, OSB #77385
Michael K. Kelley, OSB #85378            Daniel L. Keppler, OSB #92353
Michael G. Neff, OSB #92536               Of Attorneys for Defendant Radiology
   Of Attorneys for Plaintiffs                Specialists of the Northwest, PC

Page - 2    **STIPULATED ORDER OF DISMISSAL**

PITZER LAW

By: _____
    Jeff S. Pitzer, OSB #02084
       Of Attorneys for Defendant
       Center for Imaging, LLC

SCHWABE, WILLIAMSON & WYATT, PC

By: _____
    William B. Crow, OSB #61018
    Nancie M. Erfle, OSB #90257
    Andrew J. Lee, OSB #02364
       Of Attorneys for Defendant
       Advanced Medical Imaging, LLC

PETER F. STOLOFF, PC

By: _____
    Peter F. Stoloff, OSB #78089
       Of Attorneys for Defendant Radiology
    Specialists of the Northwest, PC

LAW OFFICES OF MICHAEL G. HANLON

By: _____
    Michael G. Hanlon, OSB #79255
       Of Attorneys for Defendant
       Portland Medical Imaging, LLC

## Agreement

In consideration of the mutual covenants herein, East Portland Imaging Center, P.C. (hereafter "EPIC"), Body Imaging, P.C. (hereafter "BI"), Women's' Imaging, P.C. (hereafter "WI") (EPIC, BI, and WI hereafter collectively referred to as "plaintiffs"), Portland Medical Imaging, LLC (hereafter "PMI"), Radiology Specialists of the Northwest, P.C. (hereafter "RSN"), Center for Medical Imaging, LLC (hereafter "CMI"), and Advanced Medical Imaging, LLC (hereafter "AMI") agree as follows:

1.    Plaintiffs agree to dismiss with prejudice all claims pending against PMI, RSN, CMI and AMI in the civil action entitled <u>East Portland Imaging Center, PC, et al. v. Providence Health System - Oregon, et al.</u>, Civil No. 05-CV-465-KI, pending in the U.S. District Court for the District of Oregon (hereafter "Litigation").  Counsel for the undersigned parties, upon execution of this Agreement, will file a stipulated dismissal of the Litigation with prejudice and without costs to any party.  The parties further stipulate that the order of dismissal will reflect the court's continuing jurisdiction for purposes of enforcing the terms of this Agreement in this Litigation.

2.    PMI, RSN, CMI and AMI agree to cooperate through their respective counsel to provide, without the necessity of subpoenas, witnesses requested by counsel for plaintiffs to appear at any trial that should take place in the Litigation.  Counsel for plaintiffs shall provide counsel for PMI, RSN, CMI and AMI with written notice of the names and proposed dates of trial testimony a minimum of 45 days before the scheduled May 30, 2006 trial in the above-referenced case.

3.    PMI, RSN, CMI and AMI each state affirmatively that Providence Health Plan made the unilateral decision to remove EPIC and BI as providers under the Providence Health

-1-

EXHIBIT ___1___
PAGE ___1___ OF ___10___

Plan and preferred provider organization panels.  PMI, RSN, CMI and AMI further state that each will express no objection, now or in the future, to any decision by PHP to enter into contracts with plaintiffs under which one or more of the plaintiffs would become authorized providers of health care to Providence Health Plan or its PPO network.

4.      It is the mutual desire of the parties to establish a protocol and VPN tunnel connection to enable radiologists practicing at EPIC and PMI, upon reasonable request, to "push" electronic diagnostic radiology images between the PACS systems of EPIC and PMI. EPIC and PMI  agree to work in good faith to establish this protocol and VPN tunnel connection between facilities by May 1, 2006 (or as soon thereafter as is reasonably practicable).  Each party shall pay its own reasonable costs related to the above-stated protocol and connection.  BI desires to establish a similar protocol and connection to enable radiologists at BI and CMI to access the PACS systems of BI and CMI.  In the event BI establishes a protocol and VPN tunnel connection to Providence Health System, CMI has no objection to BI accessing electronic diagnostic radiology images generated by CMI and stored on the Providence Health System PACS.

5.      Plaintiffs hereby release RSN, PMI, AMI, and CMI (including without limitation their officers, directors, members, agents, insurers and attorneys but excluding Providence Health System—Oregon) from any and all claims of any kind arising from or relating to the issues in this litigation.

6.      In the event of any litigation arising out of or relating to this Agreement, the prevailing party shall be entitled to its reasonable attorneys' fees and costs at trial and on any appeals.

7.      The parties to this Agreement agree that until the District Court has entered judgment in this matter they shall not issue any press release regarding the subject matter of this

EXHIBIT __l__
PAGE _2_ OF _10_

Agreement other than as attached hereto as Exhibit A and will not reference this Agreement or its terms in correspondence to physicians.   However, if any party receives an inquiry from a physician regarding this Agreement, that party may respond, including in writing, to that inquiry.

8.      This agreement is not confidential.

DATED this _____ day of December, 2005.

EAST PORTLAND IMAGING CENTER, PC       BODY IMAGING, P.C.

By: _____          By: _____
Title: _____          Title: _____


WOMEN'S IMAGING, P.C.                   PORTLAND MEDICAL IMAGING, LLC

By: _____          By: _____
Title: _____          Title: _____


RADIOLOGY SPECIALISTS                   CENTER FOR MEDICAL IMAGING, LLC
  OF THE NORTHWEST, P.C.

By: _____          By: _____
Title: _____          Title: _____


ADVANCED MEDICAL IMAGING, LLC

By: _____
Title: _____

EXHIBIT  1
PAGE  3   OF  10

Agreement other than as attached hereto as Exhibit A and will not reference this Agreement or
its terms in correspondence to physicians.  However, if any party receives an inquiry from a
physician regarding this Agreement, that party may respond, including in writing, to that inquiry.

2.    This agreement is not confidential.

DATED this _____ day of December, 2005.

EAST PORTLAND IMAGING CENTER, PC

12/19/05
By: _____
Title: PRESIDENT

BODY IMAGING, P.C.

By: _____
Title: _____

WOMEN'S IMAGING, P.C.

By: _____
Title: _____

PORTLAND MEDICAL IMAGING, LLC

By: _____
Title: _____

RADIOLOGY SPECIALISTS
OF THE NORTHWEST, P.C.

By: _____
Title: _____

CENTER FOR MEDICAL IMAGING, LLC

By: _____
Title: _____

ADVANCED MEDICAL IMAGING, LLC

By: _____
Title: _____

-3-

EXHIBIT  1
PAGE  4  OF  10

Agreement other than as attached hereto as Exhibit A and will not reference this Agreement or its terms in correspondence to physicians. However, if any party receives an inquiry from a physician regarding this Agreement, that party may respond, including in writing, to that inquiry.

8.    This agreement is not confidential.

DATED this _____19th_____ day of December, 2005.

EAST PORTLAND IMAGING CENTER, PC         BODY IMAGING, P.C.

By: _____            By: _____
Title: _____           Title: _____President_____

WOMEN'S IMAGING, P.C.                     PORTLAND MEDICAL IMAGING, LLC

By: _____            By: _____
Title: _____President_____             Title: _____

RADIOLOGY SPECIALISTS                     CENTER FOR MEDICAL IMAGING, LLC
   OF THE NORTHWEST, P.C.

By: _____            By: _____
Title: _____           Title: _____

ADVANCED MEDICAL IMAGING, LLC

By: _____
Title: _____

-3-

EXHIBIT _____1_____
PAGE _5_ OF _10_

Agreement other than as attached hereto as Exhibit A and will not reference this Agreement or its terms in correspondence to physicians. However, if any party receives an inquiry from a physician regarding this Agreement, that party may respond, including in writing, to that inquiry.

     8.    This agreement is not confidential.

     DATED this _____ day of December, 2005.

EAST PORTLAND IMAGING CENTER, PC    BODY IMAGING, P.C.

By: _____        By: _____
Title: _____      Title: _____

WOMEN'S IMAGING, P.C.          PORTLAND MEDICAL IMAGING, LLC

By: _____        By: _____
Title: _____      Title: _____

RADIOLOGY SPECIALISTS
  OF THE NORTHWEST, P.C.        CENTER FOR MEDICAL IMAGING, LLC

By: _Jerry A Hadfield_         By: _____
Title: _President_            Title: _____

ADVANCED MEDICAL IMAGING, LLC

By: _____
Title: _____

-3-

EXHIBIT   l
PAGE   6   OF   10

12-20-2005 10:19AM FROM-KENNEDY WATTS ARELLANO    5032260006    T-940 P.007/009 F-988
DEC-19-2005 12:00    HRT SERVICES    503 216 7208    P.02/02

Case 3:05-cv-00465-KI   Document 216   Filed 12/21/05   Page 10 of 13

Agreement other than as attached hereto as Exhibit A and will not reference this Agreement or its terms in correspondence to physicians.  However, if any party receives an inquiry from a physician regarding this Agreement, that party may respond, including in writing, to that inquiry.

8.    This agreement is not confidential.

DATED this _____ day of December, 2005.

EAST PORTLAND IMAGING CENTER, PC    BODY IMAGING, P.C.

By: _____    By: _____
Title: _____    Title: _____


WOMEN'S IMAGING, P.C.    PORTLAND MEDICAL IMAGING, LLC

By: _____    By: _____
Title: _____    Title: _____



RADIOLOGY SPECIALISTS
   OF THE NORTHWEST, P.C.    CENTER FOR MEDICAL IMAGING, LLC

By: _____    By: _____
Title: _____    Title: _____


ADVANCED MEDICAL IMAGING, LLC

By: _____
Title: President

-3-

EXHIBIT ___1___
PAGE _7_ OF _10_

Agreement other than as attached hereto as Exhibit A and will not reference this Agreement or its terms in correspondence to physicians. However, if any party receives an inquiry from a physician regarding this Agreement, that party may respond, including in writing, to that inquiry.

8. This agreement is not confidential.

DATED this 16th day of December, 2005.

EAST PORTLAND IMAGING CENTER, PC

By: _____
Title: _____

BODY IMAGING, P.C.

By: _____
Title: _____

WOMEN'S IMAGING, P.C.

By: _____
Title: _____

PORTLAND MEDICAL IMAGING, LLC

By: _____ Oleman, MD
Title: Medical Director

RADIOLOGY SPECIALISTS
OF THE NORTHWEST, P.C.

By: _____
Title: _____

CENTER FOR MEDICAL IMAGING, LLC

By: _____
Title: _____

ADVANCED MEDICAL IMAGING, LLC

By: _____
Title: _____

-3-

EXHIBIT ___1___
PAGE _8_ OF _10_

Agreement other than as attached hereto as Exhibit A and will not reference this Agreement or its terms in correspondence to physicians. However, if any party receives an inquiry from a physician regarding this Agreement, that party may respond, including in writing, to that inquiry.

8.    This agreement is not confidential.

DATED this _16th_ day of December, 2005.

EAST PORTLAND IMAGING CENTER, PC

By: _____
Title: _____

BODY IMAGING, P.C.

By: _____
Title: _____

WOMEN'S IMAGING, P.C.

By: _____
Title: _____

PORTLAND MEDICAL IMAGING, LLC

By: _____
Title: _____

RADIOLOGY SPECIALISTS
  OF THE NORTHWEST, P.C.

By: _____
Title: _____

CENTER FOR MEDICAL IMAGING, LLC

By: _____
Title: _Medical Director_

ADVANCED MEDICAL IMAGING, LLC

By: _____
Title: _____

-3-

EXHIBIT  1
PAGE  9  OF  10

## Exhibit A

The claims of plaintiffs East Portland Imaging Center, Women's Imaging, and Body Imaging against defendants Portland Medical Imaging, Radiology Specialists of the Northwest, Center for Medical Imaging, and Advanced Medical Imaging have been voluntarily and finally dismissed. The complete understanding in exchange for dismissal is: these defendants have stated that they will not require the plaintiffs to issue subpoenas for additional testimony (if necessary) in the underlying case; these defendants have reiterated that they did not participate in the decision to terminate plaintiffs' contracts with Providence Health Plan; these defendants have stated that they will express no objection to any future decision by Providence Health Plan to contract with plaintiffs; the parties have stated that they have a mutual desire to and are willing to facilitate sharing of electronic images of patients that the parties may have in common; and the parties have agreed that this statement will be the only written statement issued to the press on the dismissal of plaintiffs' claims against these defendants.

EXHIBIT ____ 1 ____

PAGE _10_ OF _10_