FILED'06 MAR 22 08:51 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EAST PORTLAND IMAGING CENTER, P.C., et al. | |
| Plaintiffs, | CV 05-465-KI |
| vs. | JUDGMENT |
| PROVIDENCE HEALTH SYSTEM - OREGON, et al., | |
| Defendants. | |

KING, Judge:

　　Based on the record,

　　IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

　　DATED this 21st day of March, 2006.

　　　　　　　　　　　　　　　　/s/ Garr M. King
　　　　　　　　　　　　　　　　The Honorable Garr M. King
　　　　　　　　　　　　　　　　District Court Judge

Page 1 - JUDGMENT