IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| EAST PORTLAND IMAGING CENTER, P.C., an Oregon professional corporation doing business as EPIC IMAGING-EAST; BODY IMAGING, P.C., an Oregon professional corporation doing business as BODY IMAGING RADIOLOGY, and WOMEN'S IMAGING, P.C., an Oregon professional corporation doing business as PACIFIC BREAST CENTER,<br><br>        Plaintiffs,<br><br>    vs.<br><br>PROVIDENCE HEALTH SYSTEM-OREGON; an Oregon nonprofit corporation; PROVIDENCE HEALTH PLAN, an Oregon nonprofit corporation; and PROVIDENCE PLAN PARTNERS, a Washington nonprofit corporation,<br><br>        Defendants. | Case No. 05-465-KI<br><br>OPINION AND ORDER |

Page 1 - OPINION AND ORDER

KING, Judge:

Before the court is Plaintiffs' Motion for Reconsideration (#235).

Plaintiffs seek reconsideration of my conclusion that they did not demonstrate a factual issue on whether there is a dangerous probability of achieving monopoly power. Specifically, plaintiffs contest my analysis of excess capacity and barriers to entry and expansion. Plaintiffs contend: (1) the quantum of proof required to meet the barrier issue is very low; (2) the Opinion did not examine plaintiffs' evidence of a market structure that cannot self-correct and is thus an obvious barrier to expansion; and (3) the Opinion misinterprets <u>Rebel Oil Company, Inc. v. Atlantic Richfield Co.</u>, 51 F.3d 1421 (9th Cir.), <u>cert. denied</u>, 516 U.S. 987 (1995) and its discussion of barriers to expansion by current competitors and to entry by new competitors.

After reviewing plaintiffs' arguments, I decline to change my decision. There is no need for a response by defendants.

Plaintiffs' Motion for Reconsideration (#235) is denied. Defendants' Motion for Extension of Time to File a Response/Reply to the Motion for Reconsideration (#236) is moot.

IT IS SO ORDERED.

Dated this ___7th___ day of April, 2006.

                                            _/s/ Garr M. King_
                                            Garr M. King
                                            United States District Judge