UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 10 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| EAST PORTLAND IMAGING CENTER, P.C., an Oregon professional corporation, dba Epic Imaging-East; BODY IMAGING, P.C., an Oregon professional corporation, dba Body Imaging Radiology BODY IMAGING RADIOLOGY; PACIFIC BREAST CENTER; WOMEN'S IMAGING, P.C., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> PROVIDENCE HEALTH SYSTEM-OREGON; PROVIDENCE HEALTH PLAN, an Oregon non-profit corporation; PROVIDENCE PLAN PARTNERS, <br><br> Defendants - Appellees. | No. 06-35394 <br> D.C. No. CV-05-00465-KI <br> District of Oregon, Portland <br><br> **MANDATE** |
| EAST PORTLAND IMAGING CENTER, P.C., an Oregon professional corporation, dba Epic Imaging-East; BODY IMAGING, P.C., an Oregon professional corporation, dba Body Imaging Radiology BODY IMAGING RADIOLOGY; PACIFIC BREAST CENTER; WOMEN'S IMAGING, P.C., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> PROVIDENCE HEALTH SYSTEM- | No. 06-35449 <br> D.C. No. CV-05-00465-GMK <br> District of Oregon, Portland <br><br> **MANDATE** |

OREGON; PROVIDENCE HEALTH PLAN, an Oregon non-profit corporation; PROVIDENCE PLAN PARTNERS,

Defendants - Appellants.

The judgment of this Court, entered 5/20/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk